# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

---

655 1ˢᵗ Ave. N., Suite 320
Fargo, ND 58102-4932

Chambers of
Frank Magill
United States Circuit Judge

August 9, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.   20544

Judge Mary M. Lisi, Chair:

I am writing in response to your letter of July 16, 2004, in which you requested additional information to close my 2003 Financial Disclosure Report.

"Krispy Kreme Doughnuts" stock was purchased in 2002, and should have been reported in my 2002 Financial Disclosure Report as a buy and is correctly listed in my 2003 Financial Disclosure Report.

Sincerely,

Frank Magill

FM:pam

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magill, Frank J | Eighth Circuit Ct. of Appeals | 4/28/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Senior Circuit Judge | ○ Nomination, Date <br> ○ Initial ● Annual ○ Final | 1/1/2003 <br> to <br> 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 655 1st Ave. N., Suite 320 <br><br> Fargo, ND 58102-4932 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Fargo Country Club (Honorary) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 12 12 38 PM '04 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Events Coordinated, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magill, Frank J | 4/28/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ADC Telecommunications, Inc. (ADCT) | A | Dividend | J | T | | | | | |
| 2. Alcatel (ALA) | A | Dividend | J | T | | | | | |
| 3. Burlington Resources, Inc. (BR) | A | Dividend | J | T | | | | | |
| 4. Cablevision Systems Corp. (CVC) | A | Dividend | J | T | | | | | |
| 5. Centerpoint Energy Inc. (CNP) | A | Dividend | J | T | Buy | 6/17 | J | | |
| 6. Community First Bankshares (CFBX) | A | Dividend | K | T | | | | | |
| 7. DSC (DIGI) | A | Dividend | J | T | | | | | |
| 8. Eli Lilly & Company (LLY) | A | Dividend | K | T | | | | | |
| 9. First Am. Prime Obliga MM Fund USBancorp, Piper Jaffrey | A | Interest | K | T | | | | | |
| 10. Ford Motor (FM) | A | Dividend | J | T | | | | | |
| 11. Hickory Tech Corp. (HTCO) | A | Dividend | J | T | Buy | 8/18 | J | | |
| 12. Honeywell (HON) | A | Dividend | J | T | | | | | |
| 13. Intel (INTC), IRA (Filer) | A | Dividend | K | T | | | | | |
| 14. Intel (INTC), IRA (Filer) | A | Dividend | J | | | | | | |
| 15. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 4/26 | J | | |
| 16. Krispy Kreme Doughnuts | A | Dividend | J | T | | | | | |
| 17. Medtronic (MDT), cmn | A | Dividend | K | T | | | | | |
| 18. Merck & Co, Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ 4/28/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544